IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JANICE SHOCKEY, et al
    **Plaintiff**       *

    **v.**                   *       Civil No.:   TJS-12-1176

DOCTORS EMERGENCY SERVICES,
P.A., et al
       *
    **Defendant**
           ******

## CERTIFICATION -
## EXHIBITS TO BE SUBMITTED TO JURY

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been <u>admitted into evidence</u> are to be sent to the jury room for use in jury deliberations.

**Counsel for Plaintiff**                               **Counsel for Defendant**

*Robert E. Joyce, Esq.*                                 *David A. Roling, Esq.*
_____                         _____

Date: February 26, 2015