**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JANICE SHOCKEY, et al        *
        **Plaintiff**
                               *

      v.                                   Case No.  TJS-12-1176
                               *

DOCTORS EMERGENCY SERVICES,
P.A., et al
        **Defendant**      ******

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendants, Doctors Emergency Services, P.A. and David Andrew Mooradian against the Plaintiff, Janice Ann Shockey it is this 26th day of February, 2015,

**ORDERED,**

1. Judgment is entered in favor of Defendants, Doctors Emergency Services, P.A. and David Andrew Mooradian against Plaintiffs, Janice Ann Shockey with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

                                                    *Timothy J. Sullivan*
                                                    *United States Magistrate Judge*

[FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2015 FEB 27 AM 10:12 CLERK'S OFFICE AT BALTIMORE BY _____ DEPUTY]